# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS AT LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

Wall Street Plaza · 88 Pine Street · 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

| PENNSYLVANIA | DELAWARE |
|---|---|
| Bethlehem | Wilmington |
| Doylestown | |
| Erie | OHIO |
| Harrisburg | Cleveland |
| King of Prussia | FLORIDA |
| Philadelphia | Ft. Lauderdale |
| Pittsburgh | Jacksonville |
| Scranton | Orlando |
| | Tampa |
| NEW JERSEY | NEW YORK |
| Cherry Hill | Long Island |
| Roseland | New York City |

Direct Dial: 212-376-6413
Email: rdlane@mdwcg.com

June 4, 2013

*Application granted, without objection.*

**SO ORDERED:**
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 6/5/13

**Via ECF**
Hon. Kiyo A. Matsumoto
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Rosa Marquez v. Midland Credit Management, Inc. et. al.**
Docket No.: 13-CV-02838 (KAM)(RLM)
Our File No.: 40127.00105

Dear Judge Matsumoto:

Marshall Dennehey Warner Coleman & Goggin is counsel to defendants Midland Credit Management, Inc. and Midland Funding, LLC. As detailed below, defendants requests an extension of time to respond to the plaintiff's complaint up to and including June 11, 2013.

The undersigned has spoken with plaintiff's counsel's office about its request for an extension of time to respond to the complaint. Plaintiff's counsel's office advised that they do not object or otherwise oppose the instant request for an extension of time to respond to the complaint. As such, the requested extension of time is on consent of the parties herein. Please note that the answer was originally due June 4, 2013. There has been no prior application for an extension of time to respond to the complaint on defendants' behalf.

Thank you for your time and attention. Should you have any questions or comments, please do not hesitate to contact me.