ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Dec. 5, 2013  
START: 10:30 a.m.  
END: 11:20 Am

DOCKET NO: 13-CV-2838 (KAM)

CASE: Marquez v. Midland Credit Management, Inc., et al.

___ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
✓ TELEPHONE CONFERENCE (recorded)

FOR PLAINTIFF: Shimshon Wexler  
Andrew Thomasson

FOR DEFENDANT: David Lane

**FACT** DISCOVERY TO BE COMPLETED BY January 10, 2014

_____ NEXT _____ CONFERENCE SCHEDULED FOR _____

_____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

_____ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court admonishes counsel for failing to appear for today's settlement conference, for conducting little discovery in the three months since the initial conference, and for providing a series of differing excuses for their failure to appear.

The settlement conference will be held on February 6, 2014 at 10:30 a.m. Clients with final decision making authority on settlement must attend in person.